# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**BRENDA OSBORNE PAVIA,**

      Plaintiff,

  vs.                    **CASE NUMBER: 5:10-cv-818 (GTS/DEP)**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

      Defendant.

**[ ]  Jury Verdict.**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[X]  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Magistrate Judge Peebles' Report-Recommendation (Dkt. No. 15) is ACCEPTED and ADOPTED in its entirety; and it is further

ORDERED AND ADJUDGED that the case is remanded back to the Commissioner for further proceedings consistent with the Report-Recommendation (Dkt. No. 15).

All of the above pursuant to the order of the Honorable Judge Glenn T. Suddaby, dated the 25th day of September, 2012.

DATED:    September 25, 2012

Clerk of Court

s/ L. Welch
Deputy Clerk